1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ12-442 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTON CALUORI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

(1) By agreement of the parties, the Detention Hearing for the defendant is STRICKEN. The defendant is ORDERED Detained, subject to reopening, and remanded to custody.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | Dated this 24th day of August, 2012. |
| 2 | |
| 3 | William M. McCool |
| | Clerk |
| 4 | |
| | /s/Peter Voelker |
| 5 | Deputy Clerk |

Dated this 24th day of August, 2012.

      William M. McCool
      Clerk

      /s/Peter Voelker
      Deputy Clerk

MINUTE ORDER - 2